IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD JONES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION (AMTRAK) | : | NO. 06-4739 |

**ORDER**

AND NOW, this 3rd day of July, 2007, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The court will <u>not</u> impose sanctions upon H. Francis deLone, Esquire, for his failure to attend the May 31, 2007 settlement conference; and

3. Mr. deLone shall notify the Clerk of Court of his new telephone number.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

FILED
JUL - 3 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk